938 A.2d 921

IN THE MATTER OF STEPHEN J. SHEINBAUM, AN
ATTORNEY AT LAW (ATTORNEY NO. 014351991).

December 19, 2007.

## ORDER

**STEPHEN J. SHEINBAUM of EAST HILLS, NEW YORK,**
who was admitted to the bar of this State in 1991, and who has
been temporarily suspended from the practice of law since No-
vember 12, 2007, having tendered his consent to disbarment as an
attorney at law of the State of New Jersey, and good cause
appearing;

It is ORDERED that **STEPHEN J. SHEINBAUM** is disbarred
by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of
attorneys and that he be permanently restrained and enjoined
from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New
Jersey financial institution maintained by **STEPHEN J.
SHEINBAUM** pursuant to *Rule* 1:21–6 shall be restrained from
disbursement except on application to this Court for good cause
shown and shall be transferred by the financial institution to the
Clerk of the Superior Court, who is directed to deposit the funds
in the Superior Court Trust Fund pending further Order of this
Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing
with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.